FILED

MAR 1 0 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21CR00175 MTS/NCC |
| JULIA LUTZ, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE
**(Theft of Postal Service Property)**

The Grand Jury charges that:

On or about January 25, 2021, in the Eastern District of Missouri,

**JULIA LUTZ,**

the Defendant herein, did steal and appropriate for her own use and conveyed away to the hindrance of the public service, property used by the United States Postal Service, that is a 2004 Chevrolet Impala, VIN # 2G1WF55K849426927, said property having a value in excess of $1,000.00.

In violation of Title 18, United States Code, Section 1707.

### COUNT TWO
**(Transporting a Stolen Vehicle)**

The Grand Jury further charges that:

On or about January 25, 2021, in the Eastern District of Missouri,

**JULIA LUTZ,**

1

the Defendant herein, did unlawfully transport in interstate commerce a stolen motor vehicle, that is a 2003 Chevrolet Silverado pickup truck, VIN # 1GCEC14X132104975, from the State of Missouri to the State of Illinois, knowing the same to be stolen.

In violation of, and punishable under, Title 18, United States Code, Section 2312.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney